[No. 4649-4-III. Division Three. December 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN ALLEN YATES, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. C-7968, Howard Hettinger, J., entered

June 30, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.